No. 95–7777. MORRIS v. KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7801. PONDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7863. PRYCE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–7886. HAWKINS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–7968. KAILEY v. NORTON, ATTORNEY GENERAL OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8146. MOON v. THOMAS, WARDEN. Super. Ct. Butts County, Ga. Certiorari denied.

No. 95–8149. LOWE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 95–8152. MULAZIM v. NUCKLES. C. A. 6th Cir. Certiorari denied.

No. 95–8158. COTNER v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8166. HOUSE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 95–8189. WHEELER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–8192. ODEN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 95–8196. WILLIS v. BELL, ROSENBERG & HUGHES ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–8197. RASHI v. CONLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–8198. STEPHEN v. HEWITT ET AL. C. A. 9th Cir. Certiorari denied.